# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE, AT CHATTANOOGA

| | | |
|---|---|---|
| **JEFFREY TABOR** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | No. _____ |
| | ) | **JURY DEMAND** |
| **RICK MORRIS AND LESLIE MORRIS** ) | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

## COMPLAINT

Jeffrey Tabor, (hereinafter Plaintiff) for their cause of action of negligence against the Defendants, state to the Court as follows:

## THE PARTIES

1.      The Plaintiff, Jeffrey Tabor, is a resident Hamilton County, Tennessee.

2.      The Defendants Rick Morris and Leslie Morris, are a residents of the state of Virginia.

## JURISDICTION AND VENUE

3.      Pursuant to 28 U.S. Code § 1332, this Court has supplemental jurisdiction over the plaintiff's pendent state law claims.

4.       This Court has Diversity Jurisdiction over the parties because the Plaintiff resides in the state of Tennessee and the Defendant resides in the state of Virginia; the amount in controversy exceeds $75,000.00

6.              Venue is proper in this Court because the events giving rise to the basis of this lawsuit occurred in Cleveland Bradley County, Tennessee.

7.      The causes of action of the Plaintiff arise out of the same or similar occurrences and will involve common questions of fact and law.

## **FACTUAL BACKGROUND**

8.      The Defendant, Leslie Morris was the operator of the motor vehicle that caused a wreck in Bradley County, Tennessee on or about September 14, 2021.

9.      The Defendant, Rick Morris, was the registered owner with the State of Virginia of the vehicle which Ms. Leslie Morris recklessly and negligently crashed into the motorcycle of Jeffrey Tabor.

10.     On September 14, 2021 Jeffrey Tabor was driving a red Kawasaki Motorcycle, traveling South on North Ocoee St when the Defendant pulled out in front of him causing him to strike her vehicle.

11.     At said time, the Defendant, Ms. Leslie Morris, was driving a 2009 red Ford Escape traveling on North Ocoee and was attempting to turn left onto Mouse Creek road. When she went to make the left turn, the Defendant did not see the Plaintiff and the Defendant did not have time to stop and the Defendant's passenger side rear struck the Plaintiff.

12.     As a direct and proximate result of the impact, the Plaintiff's motorcycle suffered substantial damage and Plaintiff was transported by Helicopter to Erlanger Hospital.

13.     As a direct and proximate result of the impact from the automobile accident, the Plaintiff suffered severe medical injuries.  Mr. Tabor received medical treatment on the day of the accident at Erlanger. Mr. Tabor has had to undergo surgery and  medical treatment for injuries to his shoulder, arm and back.

14.     The Defendant, Leslie Morris, acted negligently by, *inter alia*, failing to exercise due care when operating her vehicle; failing to make a proper turn, and failing to avoid colliding with the Plaintiff.

15.     The negligence of Leslie Morris was the sole and proximate cause of all the injuries and damages sustained by the Plaintiff.

16.     The Defendant, Leslie Morris, violated the rules of the road in full force and affect at the time of the accident in the State of Tennessee which violations constitute negligence per se and which were a direct and proximate cause of the resulting injuries to the Plaintiffs.

17.     The Defendant, Leslie Morris, acted careless and reckless.

18.     The Defendant's actions and/or omissions constitute a gross deviation from the standard of care a reasonably prudent person would exercise under similar circumstances.

19.     As a result of the Defendant's negligence, Plaintiff has sustained and will continue to sustain personal injuries, pain and suffering, medical expenses, loss of capacity to enjoy life.


**WHEREFORE**, the Plaintiffs respectfully requests:

1.     That proper process be issued against the Defendant and that he be required to respond to and defend this action;

2.     That a jury be empaneled to try this cause;

3.     For an award of compensatory damages for Plaintiff in a fair and reasonable amount to be determined by the jury;

4.     For an award of punitive damages against the Defendant for his grossly negligent or intentional actions in an amount to be determined by the jury;

3

5.      For an award of court costs and discretionary costs incurred in litigating this matter;

6.      For such further relief as the Court may deem proper.


Respectfully submitted,


Corletra Mance #034036
1300 Division Street, Ste 102
Nashville, TN 37203
(615) 742-5373: office
(615) 691-7132: facsimile
corletra@mylawyertennessee.com
*Attorney for the Plaintiff*

# OATH

**State of Tennessee**        )
                                       )
**County of Davidson**       )

       After being duly sworn, I hereby make oath that the facts contained in the foregoing pleading are true to the best of my knowledge, information and belief, and are made in truth and sincerity for the causes mentioned.

 

                                         _____
                                         Jeffrey Tabor

**State of Tennessee**        )
                                       )
**County of Davidson**       )

       Sworn to and subscribed before me this the _____ day of _____, 2021.

                                         _____
                                         Notary Public

My Commission expires: _____

# OATH

State of Tennessee            )
                                     )
County of Davidson          )

After being duly sworn, I hereby make oath that the facts contained in the foregoing pleading are true to the best of my knowledge, information and belief, and are made in truth and sincerity for the causes mentioned.

_____
Jeffrey Tabor

State of Tennessee            )
                                     )
County of Davidson          )

Sworn to and subscribed before me this the 17 day of Dec, 2021.

_____
Notary Public

My Commission expires: 7-9-2024

5